# EXHIBIT "6"

JARED MCCLURE                                              December 11, 2014
VIDRA-MILLER vs. MIDLAND CREDIT                                          1–4

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4   NATALIE J. VIDRA-MILLER, on
     behalf of herself and all           CIVIL ACTION
 5   others similarly situated,          NO. 13-cv-01847(JS)
 6              Plaintiff,               CLASS ACTION
 7        vs.
 8   MIDLAND CREDIT MANAGEMENT
          and
 9   MIDLAND FUNDING, LLC
10              Defendants.
11   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12
13
                    VIDEOTAPED DEPOSITION OF
14
                         JARED McCLURE
15
16
                      December 11, 2014
17
                          9:18 a.m.
18
19
               402 West Broadway, 16th Floor
20
                    San Diego, California
21
22
23
24
              Lynne E. Woodward, CSR No. 10440
25
```

Page 2

```
 1   APPEARANCES:
 2
 3      For the Plaintiff:
 4         FLITTER LORENZ
           THEODORE E. LORENZ, ESQ.
 5         450 North Narberth Avenue, Suite 101
           Narberth, Pennsylvania  19072
 6         610.266.7863
           lorenz@consumerslaw.com
 7
        For the Defendants:
 8         MARSHALL DENNEHEY WARNER
           COLEMAN & GOGGIN
 9         ANDREW M. SCHWARTZ, ESQ.
10         2000 Market Street
           Philadelphia, Pennsylvania  19103
11         215.575.2765
12         amschwartz@mdwcg.com
13
     The Videographer:
14
        LAURA VELASCO
15
16   Also in Attendance:
17      M. CHRISTOPHER JHANG
        Senior Corporate Counsel
18      Midland Credit Management
19
20
21
22
23
24
25
```

Page 3

```
 1                 INDEX OF EXAMINATION
 2   WITNESS:  Jared McClure
 3   EXAMINATION                                    PAGE
 4   By Mr. Lorenz                                    7
 5   By Mr. Schwartz                                228
 6
 7
 8                  INDEX TO EXHIBITS
 9   NUMBER       DESCRIPTION                       PAGE
10   Exhibit 1   Amended Notice of (Videotaped)       6
                 Deposition to Defendant Midland
11               Credit Management
12   Exhibit 2   Amended Notice of (Videotaped)       6
                 Deposition to Defendant Midland
13               Funding, LLC
14   Exhibit 3   Amended Complaint                   37
15   Exhibit 4   Answer to Plaintiff's Amended       37
                 Class Complaint with Affirmative
16               Defenses by Midland Credit
                 Management, Inc.
17
     Exhibit 5   Answer to Plaintiff's Amended       37
18               Class Complaint with Affirmative
                 Defenses by Defendant Midland
19               Funding, LLC
20   Exhibit 6   Letter dated 4/13/12 to Ms. Vidra   41
                 from MCM
21
     Exhibit 7   Production Class List               90
22
     Exhibit 8   Douglass v. Convergent             118
23               Outsourcing decision
24   Exhibit 9   U.S.C.A. Section 1692f. Unfair    118
                 Practices
25
```

Page 4

```
 1              INDEX TO EXHIBITS (Continued)
 2   NUMBER       DESCRIPTION                       PAGE
 3   Exhibit 10  Issuer Information                 148
 4   Exhibit 11  Securities and Exchange            141
                 Commission Form 10-K, Encore
 5               Capital Group, Inc.
 6   Exhibit 12  Chase Visa account summary         153
 7   Exhibit 13  Chase Bill of Sale dated           156
                 3/15/11, with attached closing
 8               statement
 9   Exhibit 14  Object/Operational Placements      161
10   Exhibit 15  MCM correspondence to              170
                 Dear <TDFNM>
11
     Exhibit 16  Address Change Service             188
12
     Exhibit 17  MCM correspondence dated           191
13               1/3/11 to John Smith
14   Exhibit 18  Statement of Work for Midland      194
                 Credit Management Return Mail
15               Process
16   Exhibit 19  PSC Info Group, Automated          200
                 Document Processing and
17               Mailing Agreement, with
                 attachments
18
     Exhibit 20  Direct Marketing Group, Master     205
19               Service Agreement
20   Exhibit 21  Defendant Midland Credit           209
                 Management, Inc.'s Answers
21               to Interrogatories of Plaintiff
                 Natalie J. Vidra-Miller
22
     Exhibit 22  Defendant Midland Credit           209
23               Management, Inc.'s Responses to
                 Requests for Production of
24               Documents of Plaintiff Natalie J.
                 Vidra-Miller
25
```



Page 61

1 validation request and the validation notice. We
2 give people 45 days to respond to the validation
3 notice, we allow for a seven-day grace period as
4 well, and once that 52 days has expired, we will then
5 make a decision on whether or not we want to send
6 what we call the marketing letter, which will give
7 the consumers an opportunity to settle their account
8 at a reduced balance.
9     Q.   And the marketing letter is the letter
10 we're looking at here marked as Exhibit 6. Correct?
11     A.   Correct.
12     MR. SCHWARTZ: Objection as to form.
13 BY MR. LORENZ:
14     Q.   So that would be the second letter in
15 the sequence typically?
16     A.   This type of letter would be, not
17 necessarily ED01.
18     Q.   I'm sorry, what was that?
19     A.   Not necessarily ED01, this letter
20 template.
21     Q.   A form of a marketing letter?
22     A.   Correct.
23     Q.   Offering to settle the account?
24     A.   Correct.
25     Q.   And what happens after that?

Page 62

1     A.   Throughout the cycle, even during the
2 validation period, if someone makes an agreement to
3 pay, we will send production letters, which are a
4 payment plan confirmation, as well as notices
5 reminding them of the payment being due, we'll send
6 the standard letters if they did recurring check or
7 debit card payment, we will send them the appropriate
8 notifications three to ten days prior to taking any
9 money out. If someone misses a payment, we'll send
10 appropriate communication as well, and continue
11 calling throughout that life cycle.
12     And then the marketing letters, in
13 particular, will go on a six-week rotation, so if you
14 get this letter today, then six weeks later you'll
15 become eligible again, and we determine whether or
16 not we want to send that letter or not.
17     Q.   Does it make the same offer of
18 resolution or different terms?
19     A.   Often it's the same. It can get
20 progressively better as an account ages, but not
21 always.
22     Q.   Now, you said before you use mail houses
23 to send the letters. Correct?
24     A.   Correct.
25     Q.   In this particular instance you used

Page 63

1 RevSpring and DMG. Is that correct?
2     A.   Correct.
3     Q.   Has RevSpring and DMG been in use for a
4 period of years or -- well, let me ask you this: Are
5 they still being used today?
6     A.   They are not.
7     Q.   When did MCM stop using RevSpring and
8 DMG?
9     A.   RevSpring, we stopped using RevSpring
10 in, I believe, July of last year, July/August time
11 frame. DMG we stopped in April of 2012.
12     Q.   What does DMG stand for?
13     A.   Direct Marketing Group.
14     Q.   So DMG was not being used beyond
15 April 1, 2012?
16     A.   It would have been the end of April. I
17 believe it's the third week of April.
18     Q.   How come their services were no longer
19 required?
20     A.   I joined in October of 2011 and did a
21 vendor assessment and determined, after site visits,
22 that DMG did not have the capabilities we needed to
23 handle the volume, as well as the complexity, of work
24 that we wanted to do in the future.
25     Q.   And then you said RevSpring, you

Page 64

1 discontinued RevSpring in what period?
2     A.   July/August of 2013.
3     Q.   And why did you discontinue with them?
4     A.   They were unable to support some of the
5 concepts, as well as the costing wasn't adequate from
6 what we wanted.
7     Q.   And RevSpring is the successor to PSC.
8 Is that correct?
9     A.   Correct.
10     Q.   So looking at this letter, we spoke
11 about the role of the mail house versus your
12 department in sending a collection letter. The
13 language in this letter, the actual language, who
14 provides that language?
15     A.   In this case, DMG did.
16     Q.   So when we look at where it says your,
17 says Dear Natalie: Your credit report can help you
18 reach your goals, you're saying DMG proffered that
19 language?
20     A.   Correct.
21     Q.   And did they offer all the language
22 contained in the body of the letter?
23     A.   They, they did, with our input.
24     Q.   And when you say our input, who was the
25 actual person providing that input?



Page 65

1  A. At the time of this being created, it
2  could have been any of a number of individuals.
3  Q. Within your group?
4  A. Yes.
5  Q. Could it have been you?
6  A. Not -- I wasn't with the company when
7  this was created.
8  Q. Oh, because this was back in 2010?
9  A. Correct.
10 Q. All right. If you look at the bottom,
11 let's just establish, you'll see that, at the bottom
12 above where it says payment coupon --
13 A. Uh-huh.
14 Q. -- there's a copyright date. Right?
15 2010 Midland Credit Management, all rights reserved.
16 Correct?
17 A. Correct.
18 Q. And you had mentioned that, since 2010,
19 there really weren't many changes made to this
20 letter?
21 A. Yes.
22 Q. So if you go to the bottom, the very
23 bottom of the letter, you'll see some identifiers
24 also. You identified ED01. To the right of that
25 there's another identifier. What is that?

Page 66

1  A. That is a print code used by DMG in
2  order to manage inventory stock.
3  Q. What about to the far left?
4  A. That, I believe, is a number used to
5  ensure 100 percent mail requirement, so each letter
6  is coded with an individual ID, so if it's damaged in
7  the print process, they can determine whether or not
8  the letter was produced or not.
9  Q. Okay. And that's --
10 A. All for DMG's use.
11 Q. All right. So the letter on the bottom
12 left, the numbers and, the letters and numbers on the
13 bottom left and right beginning with EDUP on the left
14 and then ENED you say are DMG numbers?
15 A. Correct.
16 Q. And the identifier ED01 is an MCM --
17 A. That's correct.
18 Q. -- identifier?
19    And what above that, there's a number
20 beginning with 12 and ending in 7. Do you know what
21 that is?
22 A. It's called an OCR lang. I do not know
23 what OCR stands for, I believe it's optical device
24 recognition, that's used for payment processing. So
25 anything goes to a lock box, who then will use that

Page 67

1  to scan and determine what account the payment should
2  go to as well, as well as whether or not they
3  fulfilled the requirements on the actual acceptance
4  certificate.
5  Q. Now, just moving up, do you see where it
6  says Payment Coupon 4? You'll see it says Account
7  and it has a number after that. Right?
8  A. Correct.
9  Q. Can you read that account number?
10 A. It is 8539169848.
11 Q. And that's an account number assigned to
12 Ms. Vidra. Correct?
13 A. Correct.
14 Q. Who assigns that account number?
15 A. MCM.
16 Q. How does MCM assign that account number?
17 A. It is sequential based on when we
18 purchase an account. Each account is assigned a
19 number which essentially goes in sequence.
20 Q. So each account number is particular for
21 each individual?
22 A. Correct.
23 Q. No two individuals have the same account
24 number?
25 MR. SCHWARTZ: Objection as to form.

Page 68

1  THE WITNESS: Individual or account?
2  BY MR. LORENZ:
3  Q. Account. So for instance, this account
4  number is particular to Natalie J. Vidra. Correct?
5  A. It's actually particular to this
6  account, so if she had multiple accounts, she would
7  actually have two different MCM account numbers.
8  Q. Right. So it's particular to MCM's
9  efforts to collect this charged off Chase Bank
10 account. Is that correct?
11 MR. SCHWARTZ: Objection as to form.
12 BY MR. LORENZ:
13 Q. Is that correct?
14 A. Yes, that's correct.
15 Q. And if she had a charged off Bank of
16 America account, there would be a separate account
17 number?
18 A. Correct.
19 Q. And that goes for every individual that
20 MCM is trying to collect from. Correct?
21 A. Correct.
22 Q. And when is the account number assigned?
23 A. It's at the load, so when we talked
24 about the initial load to the MCM system, that is
25 when the MCM account number is assigned.



JARED MCCLURE  
VIDRA-MILLER vs. MIDLAND CREDIT

December 11, 2014  
69–72

Page 69

1     Q.   What does MCM use that account number  
2 for?  
3     A.   We use it for identifying the account,  
4 so if someone calls in, they must provide the account  
5 number, as well as personal identifying information  
6 such as last four digits of the Social Security  
7 number, date of birth, or other identifying  
8 information so we can track it properly.  
9        The issue we ran into with account  
10 numbers is, we buy from a variety of different  
11 issuers, as well as debt types, and if you use  
12 original account numbers, they begin to repeat, so we  
13 had to create our own customized internal account  
14 number.  
15     Q.   When you say the original account  
16 number, you mean the original Chase Bank USA account  
17 number?  
18     A.   That's correct.  
19     Q.   Those numbers, you determined, start to  
20 repeat?  
21     A.   Yes.  
22     Q.   So now an MCM account number is assigned  
23 at the time the portfolio comes through Midland  
24 Funding into MCM. Correct?  
25     A.   Correct.

Page 70

1     Q.   And if an individual calls in, they have  
2 to give you that account number to look up the  
3 account. Is that correct?  
4     MR. SCHWARTZ: Objection as to form.  
5     MR. LORENZ: I'm not done yet.  
6 BY MR. LORENZ:  
7     Q.   -- to look up that account. Correct?  
8     A.   That's one of the many pieces required.  
9     Q.   Okay. Well, I want to know exactly  
10 what's, what you say is required. The account number  
11 is definitely required. Correct?  
12     A.   It can be. So we'll take any number of  
13 pieces of information. So --  
14       (Reporter request.)  
15     THE WITNESS: Pieces of information.  
16 BY MR. LORENZ:  
17     Q.   Now, when you say we, do you mean -- so  
18 if, if a consumer calls in, after receiving this  
19 marketing letter, calls in, you're getting a call  
20 center somewhere. Correct?  
21     A.   Correct.  
22     Q.   It could be, whether it's in India or  
23 Costa Rica, wherever. Right?  
24     A.   That's right.  
25     Q.   And is there a script that the person

Page 71

1 there uses to help figure out which account the  
2 person is calling on?  
3     A.   We use a call flow. The call flow,  
4 first piece is making sure we give certain  
5 disclosures, such as call recording disclosures, and  
6 then the next is making sure we identify who the  
7 consumer is. One of the things that we take into  
8 account is, we don't want to do any third-party  
9 disclosure, so we will take an MCM account number  
10 with the last four digits of the Social Security  
11 number.  
12     Q.   Would that be sufficient?  
13     A.   That would be sufficient.  
14     Q.   Okay. What other combination?  
15     A.   If you wanted to provide your full  
16 Social Security number and consumer name, that would  
17 be acceptable as well. You can also provide the MCM  
18 account number with date of birth as well. But in  
19 each of the cases you have to have at least two  
20 pieces of information to authenticate identity.  
21     Q.   Okay. Just moving up here, we looked  
22 at that copyright line, and then to the right the  
23 identifier ED01 is there again. Correct?  
24     A.   Correct.  
25     Q.   And in parentheses it says 0710, closed

Page 72

1 paren. Correct?  
2     A.   That's correct.  
3     Q.   Does that refer to July 2010?  
4     A.   It does.  
5     Q.   And then moving up on the right-hand  
6 side it speaks to -- you'll see where it says Current  
7 Owner?  
8     A.   Yes.  
9     Q.   And is it accurate that's Midland  
10 Funding, LLC. Right?  
11     A.   That's correct.  
12     Q.   And then below that is the MCM account  
13 number. Correct?  
14     A.   Correct.  
15     Q.   And that's the same account number that  
16 you looked at below. Right?  
17     A.   Yes, it is.  
18     Q.   On the bottom left-hand side?  
19     A.   Yes, it is.  
20     Q.   This letter is signed by D. Manning.  
21 Who is that?  
22     A.   At the time he was a senior -- in 2010  
23 he was a senior group manager in our call center  
24 operations team.  
25     Q.   Was he still there in 2012?



Page 73

1  A.  That I do not know.
2  Q.  Is he still there now?
3  A.  He is not.
4  Q.  You don't know when he left?
5  A.  I do not.
6  Q.  If you wanted to find that out, who
7  would you ask?
8  A.  I would have to go to HR.
9  Q.  I would ask that you do that and provide
10 that information to your attorney. I will follow up
11 with Mr. Schwartz.
12     Obviously Mr. Manning did not review
13 each of these letters and sign them. Correct?
14 A.  That's correct.
15 Q.  It's a signature that's just affixed by
16 the mail house. Right?
17 A.  Correct.
18 Q.  Where was Mr. Manning located?
19 A.  That I do not know.
20 Q.  Do you see -- I want to go back up to
21 the top, and we're going to talk about the address
22 block in a moment, but I want to ask you about that
23 first paragraph into the letter where it says --
24 well, if you could, could you read the second
25 sentence, beginning with Your past?

Page 74

1  A.  Your past due balance of $2,108.84 with
2  Chase Bank USA, N.A. is being reported to the credit
3  reporting bureaus and a remaining -- and remains a
4  negative item on your credit report.
5  Q.  That sentence, who's reporting to the
6  credit bureau?
7  A.  Midland Funding.
8  Q.  Is Chase Bank reporting it?
9  A.  They are not.
10 Q.  How do you know Midland Funding is
11 reporting it?
12 A.  We run a process that selects the
13 accounts that are eligible for credit reporting, and
14 then we produce the file on a periodic basis as
15 required and update it to the credit reporting
16 agencies.
17 Q.  Do you know, in each instance, when this
18 letter goes out that an account is, in fact, being
19 reported?
20 A.  We do.
21 Q.  And does Midland track the reporting
22 period?
23 A.  We do.
24 Q.  Now, you said --
25 MR. SCHWARTZ:  I'm sorry, just for clarity,

Page 75

1  you're talking about Midland Credit Management? You
2  referred to Midland. Your question --
3     MR. LORENZ:  Yeah. Well, I'm referring to
4  Midland Credit Management and this letter --
5     MR. SCHWARTZ:  Thank you.
6     MR. LORENZ:  -- that they send out.
7     MR. SCHWARTZ:  Thank you.
8  BY MR. LORENZ:
9  Q.  Again, you send this letter out on
10 behalf of Midland Funding though. Correct?
11 A.  We are working on behalf of Midland
12 Funding, but we send it, Midland Credit Management is
13 the one who actually sends it out and --
14 Q.  I understand that, but it's sent out
15 because you're trying to collect an account owned by
16 Midland Funding. Correct?
17 A.  Correct.
18 Q.  When money comes in on an account, how
19 does it, how is it processed?
20 A.  That I do not know, it depends on the
21 method, but I know it goes into our accounting team
22 and they process the payments.
23 Q.  Is it attributed to Midland Funding or
24 Midland Credit Management?
25 A.  It is, each account is tied to an

Page 76

1  individual owner, so if it's Midland Funding, there's
2  also other entities historically who have purchased
3  accounts, and it will be allocated appropriately to
4  that based on our accounting rules and tax rules.
5  Q.  Who is the, who heads the accounting
6  department?
7  A.  Glen Freter is our corporate
8  comptroller.
9  Q.  Could you spell his last name?
10 A.  F-r-e-t-e-r.
11 Q.  Just so I'm clear, when an individual
12 pays on an account, is the check made out to MCM or
13 Midland Funding?
14 A.  MCM.
15 Q.  And if an electronic payment is made,
16 how is that attributed, do you know?
17 A.  I believe it's MCM.
18 Q.  At some point then is it, is it
19 transferred to a Midland Funding vehicle?
20 A.  My understanding is it does.
21 Q.  And then after that, do you know what --
22 is it then attributed to Encore's books, or do you
23 know how that works?
24 A.  It all just goes through the corporate
25 subsidiaries and then is reported based on





JARED MCCLURE
VIDRA-MILLER vs. MIDLAND CREDIT

December 11, 2014
81–84

Page 81

1  Q. Okay, just so I'm clear, so up to the
2  third week of April 2012, DMG is responsible for
3  design, print, and mailing of this marketing letter.
4  Correct?
5  A. Correct.
6  Q. And all the letters for MCM?
7  A. No, only this letter and one or two
8  other templates DMG handled. The rest were handled
9  by RevSpring.
10  Q. And this particular template, the ED01,
11  then PSC, which became RevSpring, was involved with
12  handling the return mail?
13  A. Correct.
14  Q. And that was all the way through the
15  2013 time frame until their services were cut in July
16  or August?
17  A. Except for marketing which moved to
18  Nahan, and Nahan handled return mail and print
19  production for marketing after that period.
20  Q. After which period?
21  A. After the third week of April, so all of
22  the marketing letters that Nahan produced, Nahan
23  handled return mail, and then PSC handled anything
24  that they produced or anything that was trailing off
25  from DMG's prior work.

Page 82

1  Q. Okay. So the bulk of the mailings
2  related to this ED01 marketing letter were then taken
3  over by Nahan in the third week of April 2012?
4  A. Correct.
5  Q. Beginning to end?
6  A. What --
7  Q. They were handling the return?
8  A. Yes.
9  Q. They were handling the mailing --
10  A. Beginning to end.
11  Q. -- as well as the return mail?
12  A. Correct.
13  Q. Who is the contact at Nahan Printing?
14  A. Pat Nahan.
15  Q. And you say they're located in
16  St. Cloud, Minnesota?
17  A. Correct.
18  Q. This is the first I'm hearing of this
19  group. I don't believe they were identified in the
20  interrogatory answers.
21  A. That's correct.
22  Q. How come they weren't identified?
23  A. They do not have anything tied to this
24  address window, they, that would be relevant, so they
25  approached the addressability as well as the layout

Page 83

1  completely different than DMG and PSC.
2  Q. Did you provide a copy of the letter
3  that they proposed?
4  A. I did not.
5  Q. Do you have a, do you have a template
6  that they proposed to use or --
7  A. Not with me.
8  Q. Can you provide that?
9  A. I can.
10  Q. I ask that you provide that to
11  Mr. Schwartz.
12      So the Nahan template doesn't have, as
13  you said, the bar code up top. Is that correct?
14  A. Correct.
15  Q. And what changed in the, in the address
16  line?
17  A. The address line they changed to be
18  simply the name and address. This bar code that they
19  have above Natalie's name here moved to the bottom --
20  Q. Okay.
21  A. -- and they used what's called an
22  intelligent mail bar code, which goes both up and
23  down, and then anything above that bar code is now
24  removed.
25  Q. So all the numbers above that bar code

Page 84

1  are gone?
2  A. Correct.
3  Q. And when did that happen?
4  A. The third week of April 2012 for the
5  marketing letters at Nahan.
6  Q. Just so I'm clear, RevSpring continued
7  to send letters though. Is that right?
8  A. They did.
9  Q. And send this template of letter, the
10  ED01?
11  A. They did not send this template after
12  that period.
13  Q. After April 2012?
14  A. Correct.
15  Q. They sent other letters?
16  A. They did.
17  Q. The reason I ask is because, in
18  discovery we asked to, we asked for the
19  identification of, or the amount of letters that went
20  out during the class period, and we've been provided
21  the number 3,681. Are you familiar with that number?
22  A. I am.
23  Q. How did you determine that number?
24  A. So we worked with a group to pull all
25  the individuals who lived in the Philadelphia County



Page 85

1  who were Chase consumers, and also received this
2  letter in this format.
3  Q.  What period of time did that cover?
4  A.  It covered from April 12th, 2012, until
5  April 13th, 2013.
6  Q.  But then in reality, when were these
7  letters actually sent?  What was the time frame?
8  A.  The first time this letter was sent was
9  May 2011, and the last would have been sometime in
10 2014, early 2014, late 2013.
11 Q.  To members of this class?
12 A.  No.
13 Q.  Just generally speaking?
14 A.  Generally speaking.
15 Q.  Because I guess where I'm running into
16 confusion is, you say that, when Nahan came in, they
17 took over the sending of this marketing letter, and
18 that the address line changed and the numbers above
19 the individual's name were removed as of the third
20 week of April 2012.  Correct?
21 A.  Correct.
22 Q.  So then who continued to send the letter
23 out?  Who continued sending using this template?
24 A.  There may have been small volumes that
25 would go out from PSC to use up inventory, but the,

Page 86

1  most of it would have been simply mailed from, during
2  this class period, during April of that year, of
3  2012.  There was very very little volume, if any, of
4  this exact template sent to this class group.
5  Q.  So that number, the 3,681, is really
6  coming out of the April 2012 time frame?
7  A.  Primarily.
8  Q.  How did you, how did you actually do the
9  search?  Can you describe that for me?
10 A.  So we have a universal marketing
11 database that stores all letters that have been sent,
12 so we track the letter code, the name, address,
13 account number of the consumer, we also track the
14 original creditor name and a variety of other
15 information that goes into the letter itself, and
16 then we are able to see what was successfully
17 delivered or not based on whether mail was returned,
18 and then we simply input the different criteria that
19 we're looking for, so if someone takes quite a bit of
20 time to kind of program into SAS, which is our
21 analytic platform.  So they'll build the code up in
22 SAS, then they will review the logic and say here is
23 how I'm going to pull the data, is this accurate,
24 then they will query the system and look for the data
25 that was requested.  There's often nuances involved,

Page 87

1  so for instance, Chase Bank USA versus Chase Bank, we
2  opted to include anything with, like Chase, and
3  there's a lot of conversation to make sure the data
4  was pulled accurately.
5  Q.  Who did the actual inputting of the
6  parameters and the pulling of the data?
7  A.  Matt Anderson.
8  Q.  What's his position?
9  A.  He is a data analyst in our inventory
10 management team.
11 Q.  And were you with him or part of the
12 process while that was going on?
13 A.  I was part of the process.
14 Q.  So you put in, there were some
15 limitations in terms of Philadelphia County and Chase
16 Bank.  Did you say that, was there a limitation put
17 in if -- was it all letters sent or was it letters,
18 did that include all letters sent or did it take out
19 letters that came back?
20 A.  We looked at all letters sent.
21 Q.  So the 3,681 represents all letters that
22 were mailed out?
23 A.  Correct.
24 Q.  Regardless of whether they were returned
25 or not?

Page 88

1  A.  Correct.
2  Q.  For the class identified, the 3,681,
3  have you ever determined how much those accounts were
4  worth?
5  A.  We have not.
6  Q.  Or is that something you're able to do?
7  A.  It's something that's very challenging
8  to do.
9  Q.  Why is that?
10 A.  Because worth is all relative, and you
11 can look at --
12 Q.  Well, no, it's not relative.  I mean,
13 you say that there's X, on this account you say
14 there's over 2,000 due.  That's not relative, you
15 have a number in here.  Are you able to take the
16 3,681 individuals, look at their balances and tally
17 that up?
18 A.  You can, but when you look at it we're
19 offering a 40 percent discount as well as a 20
20 percent discount, and so it becomes very challenging
21 to say the total amount we're trying to collect,
22 because we offer a variety of options, and so you
23 could actually start with the full balance due, but
24 we actually never ask for the full balance due in
25 this case.  Person could accept 40 percent.  If they



Page 97

1   A.   I did not.
2   Q.   You'll agree the one that's there today,
3   there's no mention of a need for an account number.
4   Correct?
5   A.   Correct.
6   Q.   In fact, the discount only arises out of
7   using the actual USPS code that's provided?
8   A.   Correct.
9   Q.   The bar code below that, what's
10  contained within that bar code?
11  A.   That, my understanding is, for the USPS.
12  It indicates zip codes that it's going to and postal
13  route information.
14  Q.   When you said the mail vendor made
15  mention of putting the account number in there, are
16  you speaking about DMG or PSC?
17  A.   My understanding it was a request of
18  PSC.
19  Q.   And how did you arrive at that
20  understanding?
21  A.   We did discover two documents, one
22  created in 2004 and another in 2009, indicating the
23  mandatory elements for an address block, and it was
24  provided by a mail vendor, and the only mail vendor
25  we had at both 2004 and 2009 was PSC.

Page 98

1   Q.   And you agree that MCM uses window
2   envelopes.  Correct?
3   A.   Correct.
4   Q.   In other words, you stuff in the letter,
5   and this block you can see through the window of the
6   envelope.  Correct?
7   A.   Correct.
8   Q.   All these numbers here, the postal code,
9   as well as the MCM account number, is visible through
10  the window of the envelope.  Correct?
11  MR. SCHWARTZ:  Objection as to form.
12  BY MR. LORENZ:
13  Q.   Is that correct?
14  A.   Could you repeat the question?
15  Q.   The postal code, as well as the MCM
16  account number, is visible through the window of the
17  envelope.  Correct?
18  A.   If you mean the MCM account number as
19  the tracking number, yes, that is visible, but you
20  cannot tell that it's the MCM account number purely
21  from the outside of the envelope.
22  Q.   Why, why do you refer to it as a
23  tracking number?
24  A.   The official definition was a key line
25  in our documentation, and it's a tracking number

Page 99

1   because it has many additional numbers, so it has the
2   leading zeroes, it has the pound sign, and then it
3   has a check digit added to the end, so we can confirm
4   whether or not it is a real piece or authentic item
5   that was sent by that vendor.
6   Q.   Well, how is that done?
7   A.   The vendor is the one who adds the check
8   digit and they also specify how many records or
9   fields, so the leading zeroes was all something that
10  was brought on by that group, as well as the check
11  digit.
12  Q.   Doesn't the vendor really use the bar
13  code?  They just scan the bar code?
14  A.   They use the bar --
15  MR. SCHWARTZ:  Objection as to form.  You can
16  answer if you can.
17  THE WITNESS:  They do use the bar code, but
18  when the bar code does not read, they have to hand
19  key information in.  And actually, when I did an
20  on-site visit, there were a number of instances where
21  the bar code was unreadable and they had to hand key.
22  BY MR. LORENZ:
23  Q.   When you say you did an on-site visit,
24  where and when was that?
25  A.   I did an on-site visit in December of

Page 100

1   2011, and then subsequently in, I believe it was
2   April of 2012.
3   Q.   And was that with PSC?
4   A.   It was with PSC, and as well as DMG was
5   about a week before that.
6   Q.   So where was it that -- it was at the
7   PSC facility where you said there were instances of
8   not being able to read the bar code.  Correct?
9   A.   It was at PSC, correct.
10  Q.   Not at DMG?
11  A.   Correct.
12  Q.   And how many pieces of mail did you
13  review?
14  A.   I was there for about four hours, and
15  actually in the process, the place where they process
16  return mail, probably only a half hour or so, as they
17  were going through whatever I saw in a half hour, and
18  they actually had a large pallet from the USPS that
19  was filled with unscannable items.
20  Q.   And when was that that you did this
21  visit?
22  A.   That was from the December 2011 visit.
23  Q.   Did you do visits in 2012 and 2013?
24  A.   In 2012, I did not.  2013, I did.
25  Q.   And did you encounter the same issue?



Page 145

1   A.   Correct.
2   Q.   Do you agree that Encore's net worth
3   exceeds 50 million dollars?
4   A.   Yes.
5   Q.   The, if you could turn to the page that
6   says F-2 at the bottom, you'll see a line for
7   goodwill.  That's in excess of 504 million dollars.
8   A.   Yes.
9   Q.   Do you know what constitutes the
10  goodwill?
11  A.   Goodwill means we paid more than the
12  value of the assets for a new company and we
13  purchased asset acceptance in that year, so most
14  likely asset acceptance.  There's also other entities
15  we bought more in a lending type of space as well
16  that could go into that, such as our U.K. business,
17  as well as we have a Texas business that does tax
18  lien transfers.
19  Q.   What's the U.K. business?  I saw it in
20  here.  What's it called?
21  A.   The U.K. business is Cabot Financial.
22  They do debt collection in the U.K. and Europe.
23  MR. LORENZ:  Okay.  Let's go off the record
24  here for a moment.  Do you want to take a lunch
25  break?

Page 146

1   MR. SCHWARTZ:  Yeah, sure.
2   MR. LORENZ:  Okay.  Now is as good a time as
3   any.
4   MR. SCHWARTZ:  Okay.
5   THE VIDEOGRAPHER:  Going off the record, the
6   time is 12:12 p.m.
7
8           (Lunch recess.)

Page 147

1   SAN DIEGO, CALIFORNIA, THURSDAY, DECEMBER 11, 2014
2              12:54 P.M.
3
4   THE VIDEOGRAPHER:  Going back on the record,
5   the time is 11 -- excuse me, 12:54 p.m.
6
7           EXAMINATION RESUMED
8   BY MR. LORENZ:
9   Q.   Okay.  So we're back from a brief lunch
10  break.  Mr. McClure, you have your microphone on.
11  Good.
12  A.   Yes.
13  Q.   Okay.  I have in front of you the
14  amended complaint that we marked earlier and ask that
15  you turn to page 3 and 4 of it.  On page 3, actually
16  starting at Paragraph 22.
17  A.   Okay.
18  Q.   And then I've also placed in front of
19  you what we previously marked as Exhibit 7, the
20  excerpt from the class list that was provided in this
21  matter.
22       And I just wanted to confirm that, if
23  you look at the definition of the class in
24  Paragraph 22, that those are the parameters that were
25  used to generate the list that was provided to us and

Page 148

1   there's an excerpt marked as Exhibit 7.
2   A.   That's correct.
3   Q.   And just look at the second page also,
4   because it goes from Paragraph 22.a. through e.
5   A.   Yep, that's correct.
6   Q.   Okay, I'll take those back from you.
7   Put them right here.  I'll take that one too.
8           (Exhibit 10 marked for identification.)
9   BY MR. LORENZ:
10  Q.   Marked as Exhibit 10 --
11  MR. SCHWARTZ:  Let me just put an objection
12  just to clarify C, maybe, I mean, just a suggestion,
13  because it isn't limited to Chase Bank USA credit
14  cards.
15  BY MR. LORENZ:
16  Q.   Well, so the list that we are looking at
17  has Chase Manhattan Bank, Chase Bank, that's what I
18  see.  Chase Bank USA, Chase Manhattan Bank.
19  A.   That's correct.
20  Q.   There's no other, there's nothing else
21  on here other than a Chase credit card account.
22  A.   Correct.
23  Q.   Or a Chase account.
24  MR. SCHWARTZ:  Right, but you defined it as
25  Chase Bank USA, so I wanted to make sure this is

